JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE DURAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS COFFEE COMPANY, a Washington corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-02202-MWF(ASx)<br><br>**ORDER GRANTING PARTIES' REQUEST FOR DISMISSAL WITH PREJUDICE** |

The Court has considered the Parties' Joint Stipulation for Dismissal with Prejudice (the "Stipulation"), filed December 4, 2025. (Docket No. 11). For good cause shown, the Court GRANTS the Stipulation. This action, including all claims against all parties, is DISMISSED with prejudice. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 5, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge